IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KIMBERLEY COSHATT, an
individual,

        Plaintiff,

v.                                            Civil Action No. _____

UNITED OF OMAHA LIFE
INSURANCE COMPANY, a corporation,

        Defendant.

## COMPLAINT

### Introductory Allegations

1.     Plaintiff, Kimberley Coshatt, is a resident citizen of the State of Alabama.

2.     Plaintiff is informed and believes and based on such information and belief alleges that Defendant, United of Omaha Life Insurance Company ("United of Omaha"), is a foreign corporation which at all relevant times has done or transacted business in the Northern District of Alabama.

3.     On or about April 2, 2020, Plaintiff was forced to stop working as a result of multiple medical problems including systemic lupus, Hashimoto's thyroiditis, Raynaud's phenomenon, and Sjogren's syndrome. At that time Plaintiff, was employed as a Supervisor of a Fulfillment Center for the Eternal Word Television Network ("EWTN"). As a result of these conditions, Plaintiff is no longer able to perform her job as a supervisor of the Fulfillment Center or to do any other work for which she is qualified by reason of her education, training or experience.

4. During said time period, EWTN had in force and effect a welfare benefit plan which provided short and long term disability benefits to its employees through a group policy of insurance with United of Omaha. United of Omaha was the claims administrator for said Plan. Ms. Coshatt made a claim under the Plan in accordance with the terms of that Plan. However, her benefits under said Plan were denied. Because Plaintiff's claims herein involve a claim for welfare benefits provided by her employer, her claims are governed by the Employee Retirement Income Security Act ("ERISA").

## COUNT I

### For Denial of Disability Benefits

5. Plaintiff adopts and incorporates by this reference paragraphs 1 through 4, inclusive, of this Complaint.

6. On or about April 2, 2020, Plaintiff became disabled within the meaning of the terms of said Plan, thereby qualifying her for the payment of benefits under that Plan. Plaintiff has remained disabled under the terms of said Plan since that time.

7. Plaintiff complied with all terms of said Plan as a condition precedent to bringing this suit, including exhausting all of her administrative remedies.

8. Defendant's denial of Plaintiff's benefits under said Plan was wrong, constituted a breach of Defendant's obligations under the agreement, was a violation of the ERISA, and/or was arbitrary and/or capricious. As a direct and proximate consequence of Defendant's wrongful conduct, Plaintiff suffered injuries and damages, including, but not limited to the following:

    (a) loss of monetary benefits as set forth within the Plan.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages

and/or equitable relief in an amount to be determined by the Court, plus pre-judgment and post-judgment interest, costs of this suit, and a reasonable attorney's fee.

*John M. Pennington*
John M. Pennington, Attorney
Counsel for Plaintiff
1023 Edenton Street
Birmingham, Alabama 35242
(205) 314-5735
Ala. Bar No. ASB-6905-N52J

<u>Serve Defendants Certified Mail</u>
<u>Return Receipt Requested</u> at:

United of Omaha Life Insurance Company
c/o The Prentice-Hall Corporation System, Inc.
641 South Lawrence Street
Montgomery, AL 36104