# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLEY COSHATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | |
| | ) | 2:21-CV-0863-GMB |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Kimberly Coshatt ("Plaintiff") and Defendant United of Omaha Life Insurance Company, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action, with prejudice. The Parties will bear their respective costs, expenses, and attorneys' fees.

Respectfully submitted this 25th day of April, 2022.

_____
JOHN M. PENNINGTON
Attorney for Plaintiff Kimberly Coshatt

OF COUNSEL:

1023 Edenton Street
Birmingham, Alabama 35242
Telephone: (205) 314-5737
E-mail: jmplaw@usa.net

/s/ John S. Johnson

JOHN S. JOHNSON
ASB-7114-H67J

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 397-1307
Email: jjohnson@handfirm.com

HENRY T. MORRISSETTE
Bar ID ASB-7622-E54H

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
E-mail: hmorrissette@handfirm.com

Attorneys for Defendant United of Omaha Life Insurance Company