# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY COSHATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-cv-863-GMB |
| | ) |
| UNITED OF OMAHA LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | |

## **ORDER OF DISMISSAL**

The parties have filed a joint stipulation of dismissal that complies with Federal Rule of Civil Procedure 41. Doc. 17. Accordingly, this matter is DISMISSED with prejudice, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE and ORDERED on April 25, 2022.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE